ATTORNEYS FOR APPELLANT
Mark W. Rutherford
Stephen R. Donham
Indianapolis, Indiana

ATTORNEYS FOR APPELLEE
Gregory F. Zoeller
Attorney General of Indiana

Ellen H. Meilaender
Deputy Attorney General
Indianapolis, Indiana

# In the
# Indiana Supreme Court

FILED
Oct 07 2015, 10:46 am

CLERK
of the supreme court,
court of appeals and
tax court

No. 49S02-1505-CR-288

AADIL ASHFAQUE,

*Appellant (Defendant below),*

v.

STATE OF INDIANA,

*Appellee (Plaintiff below).*

Appeal from the Marion Superior Court, No. 49G14-1305-FD-29521
The Honorable Jose Salinas, Judge

On Petition to Transfer from the Indiana Court of Appeals, No. 49A02-1404-CR-286

**October 7, 2015**

**Massa, Justice.**

Aadil Ashfaque appeals the trial court's denial of his motion to dismiss charges of dealing in and possession of a synthetic drug, namely XLR11 [(1-(5-fluoropentyl)indol-3-yl)-(2,2,3,3-tetramethylcyclopropyl)methanone]. For the reasons set forth in our companion decision of Tiplick v. State, also issued today, we find no constitutional or statutory infirmity to these charges, but nevertheless dismiss them due to the inadequacy of the charging information, and remand to the trial court for all other proceedings consistent with that opinion.

Rush, C.J., and Dickson, Rucker, and David, JJ., concur.